AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

Jan Kaufman, Plaintiff,
- against -
Zabar's & Co., Inc.,
Defendant

**APPEARANCE**

Case Number: 07 Civ. 7523 (PKC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Jan Kaufman

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/4/2007 | *[signature]* |
| Date | Signature |
| | Brian L. Bromberg     BB: 6264 |
| | Print Name     Bar Number |
| | 40 Exchange Place, Suite 2010 |
| | Address |
| | New York,     NY     10005 |
| | City     State     Zip Code |
| | (212) 248-2906     (212) 248-7908 |
| | Phone Number     Fax Number |