```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-20-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAN KAUFMAN, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

ZABAR'S & CO., INC.,

                Defendant.

07 Civ. 7523 (PKC)

STIPULATION AND ORDER

    IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, that Defendant Zabar's & Co. will not contest the effectiveness of the manner of service of process that has occurred herein, and that the time for Defendant Zabar's & Co., Inc. to answer or otherwise move with respect to Plaintiff's Complaint is hereby extended to, and including, October 19, 2007.

Dated:    New York, New York
           September 19, 2007

HUGHES HUBBARD & REED LLP

By: _____
Jeff H. Galloway (JG）
galloway@hugheshubbard.com
Amera Z. Chowhan
chowhan@hugheshubbard.com
Attorneys for Defendant
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

PETROFF & BELLIN, LLP

By: _____
Aytan Y. Bellin (AB0123)
aytan.bellin@pbelderlaw.com
Attorneys for Plaintiff
60 East 42nd Street, Suite 1026
New York, NY 10165
(212) 962-2400

BROMBERG LAW OFFICE, P.C.
Brian L. Bromberg
40 Exchange Place, Suite 2010
New York, New York 10005

SO ORDERED

_____
U.S.D.J.
9-20-07