**BROMBERG LAW OFFICE, P.C.**

Brian L. Bromberg
Licensed in
New York and California

40 Exchange Place, Suite 2010
New York, NY 10005
Phone: (212) 248-7906
Fax:    (212) 248-7908

**MEMO ENDORSED**



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/07

September 24, 2007

Honorable P. Kevin Castel, U.S.D.J.
U.S. District Court, Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Kaufman v. Zabar's & Co., Inc.*, No. 07 Civ. 7523 (PKC)

Dear Judge Castel:

My office represents Plaintiff in the above-referenced case

I am writing to request an adjournment of the Initial Pretrial Conference from October 19, 2007 to October 26, 2007, because on October 19, I will be attending an out-of-town employment-law conference for which I have already paid. This is the first request for an adjournment by either party. Defense counsel, Jeff H. Galloway, Esq., consents to my request.

Respectfully,

*[signature]*

Brian L. Bromberg

cc:   Jeff H. Galloway, Esq.
      Aytan Y. Bellin, Esq.

*[Handwritten endorsement:]* Conference adjourned from October 19 to November 2, 2007 at 11:30 a.m.
SO ORDERED
*[signature]* 9-25-07