HUGHES HUBBARD & REED LLP
Jeff H. Galloway
Amera Z. Chowhan
One Battery Park Plaza
New York, New York  10004
(212) 837-6000

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAN KAUFMAN, on behalf of herself and all others similarly situated,<br><br>                                         Plaintiff,<br><br>            -against-<br><br>ZABAR'S & CO., INC.,<br><br>                                         Defendant. | 07 Civ. 7523 (PKC)<br><br>**DEFENDANT ZABAR'S & CO., INC.'S CORPORATE DISCLOSURE STATEMENT** |

      Pursuant to Fed. R. Civ. Proc. 7.1, the undersigned counsel for Defendant Zabar's & Co., Inc. ("Zabars") states that Zabars has no parent corporation and that no publicly owned corporation owns 10% or more of Zabars' stock.

Dated:  October 19, 2007

HUGHES HUBBARD & REED LLP

By: /s/  Jeff H. Galloway
    Jeff H. Galloway
    galloway@hugheshubbard.com
Amera Z. Chowhan
chowhan@hugheshubbard.com
Attorneys for Defendant
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

## CERTIFICATE OF SERVICE

I, Jeff H. Galloway, do hereby certify that I am over the age of 18 and not a party to this action and that on the 19th day of October, 2007, I did cause to be served a true and correct copy of Defendant's Corporate Disclosure Statement via electronic filing on:

| | |
|---|---|
| PETROFF & BELLIN, LLP | BROMBERG LAW OFFICE, P.C. |
| Aytan Y. Bellin | Brian L. Bromberg |
| aytan.bellin@pbelderlaw.com | brian@bromberglawoffice.com |
| 60 East 42nd Street, Suite 1026 | 40 Exchange Place, Suite 2010 |
| New York, NY 10165 | New York, New York 10005 |
| (212) 962-2400 | (212) 248-7906 |

I declare under penalty of perjury that the foregoing is true and correct. Executed at New York, New York, this 19th day of October, 2007.

/s/ Jeff H. Galloway