USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JAN KAUFMAN,

                Plaintiff,

   -against-

ZABARS & CO.,

                Defendant.
------------------------------------------------------------x

07 Civ. 7523 (PKC)

ORDER

P. KEVIN CASTEL, District Judge:

       It is distressing, to say the least, that counsel cannot resolve their differences on a straightforward confidentiality stipulation governing sales and customer transaction information. It does not hold promise for the future conduct of this litigation. The procedure set forth herein will govern the present squabble as well as any future discovery disputes.

       Counsel raising the dispute (in this case Mr. Bellin) is directed to contact opposing counsel to arrange a face-to-face, meet and confer session for no less than one hour in a good faith attempt to resolve or narrow any other outstanding discovery disputes. Thereafter, if the disputes have not been resolved, counsel for the parties are directed to submit a joint letter (the "Joint Letter") (1) certifying that they have complied with the foregoing meet and confer requirement; (2) stating each side's position on the disputed issues; and (3) setting forth the specific relief each side seeks, together with any citations to case law support. The text of the discovery requests and the objections, if any, should be submitted with the Joint Letter. I will either decide the issue on the basis of the Joint Letter, schedule a hearing or conference to resolve the disputes or direct the filing of a formal motion and briefing.

       As to the present dispute, the Joint Letter is due February 8, 2008.

       SO ORDERED.

*[signature]*

P. Kevin Castel
United States District Judge

Dated: New York, New York
       January 23, 2008