2/29/2008 12:30 Case 1:07-cv-07523-PKC   Document 12   Filed 02/29/2008   Page 1 of 1   ☒007/010
02/29/2008  00:06   2122487908   BROMBERG LAW OFFICE   PAGE  07/07



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAN KAUFMAN, on behalf of herself
and all others similarly situated,

                    Plaintiff,

-against-

ZABAR'S & CO., INC.,

                    Defendant.

---

07 Civ. 7523 (PKC)

**REVISED CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

    This Revised Case Management Plan is submitted in accordance with Rule 26(f) of the Federal Rules of Civil Procedure and is adopted as the Revised Scheduling Order of this Court in accordance with Rule 16(f) of the Federal Rules of Civil Procedure.

    All provisions of the Case Management Plan and Scheduling Order, entered November 2, 2007 (a copy of which is attached hereto), remain in full force in effect, except that the dates in the indicated paragraphs thereof are changed as follows:

    Paragraph 5: All _fact_ discovery shall be completed no later than May 15, 2008.

    Paragraph 6(c): Depositions to be completed by April 30, 2008.

    Paragraph 7(a): All _expert_ discovery shall be completed no later than June 27, 2008.

SO ORDERED:

Dated: February __, 2008

_____
P. Kevin Castel
United States District Judge