(ASTCL)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAN KAUFMAN, on behalf of herself
and all others similarly situated,

                      Plaintiff,

-against-

ZABAR'S & CO., INC.,

                      Defendant.

07 Civ. 7523 (PKC)

**STIPULATION AND ORDER OF DISMISSAL**

---

        IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Each party to bear his or its own attorneys' fees and costs.

PETROFF & BELLIN, LLP
Aytan Y. Bellin
aytan.bellin@pbelderlaw.com
60 East 42nd Street, Suite 1026
New York, New York 10165
(212) 962-2400

BROMBERG LAW OFFICE, P.C.
Brian L. Bromberg
brian@bromberglawoffice.com
40 Exchange Place, Suite 2010
New York, New York 10005
(212) 248-7906

By: /s/ Brian L. Bromberg
      Brian L. Bromberg
      Attorneys for Plaintiff

Dated: May 29, 2008

HUGHES HUBBARD & REED LLP
Jeff H. Galloway
galloway@hugheshubbard.com
Amera Z. Chowhan
chowhan@hugheshubbard.com
One Battery Park Plaza
New York, New York 10005
(212) 837-6000

By: /s/ Jeff H. Galloway
      Jeff H. Galloway
      Attorneys for Defendants

Dated: May 29, 2008

Because the class has not been certified and no absent class member is bound, the Court may approve the dismissal under Rule 41(a)(1) without a review or approval of the terms of the settlement. Rule 23(e), Fed. R. Civ. P.

SO ORDERED:

/s/ P. Kevin Castel

Honorable P. Kevin Castel
United States District Judge

Dated: May 30, 2008